A. L. GENTRY V. THE STATE.

No. 3202. Decided June 26, 1914.

Rehearing denied October 14, 1914.

**Simple Assault—Statement of Facts—Bills of Exception.**

Where the statement of facts and bills of exception were filed more than twenty days after the adjournment of the County Court, they will be struck from the record on motion of the State. Following DeFriend v. State, 69 Texas Crim. Rep., 329, and other cases.

Appeal from the County Court of Tarrant. Tried below before the Hon. Jesse M. Brown.

Appeal from a conviction of simple assault; penalty, a fine of $5.

The opinion states the case.

*Capps, Cantey, Hanger & Short,* for appellant.

*C. E. Lane,* Assistant Attorney General, for the State.

HARPER, JUDGE.—Appellant was convicted in the County Court of simple assault, and his punishment assessed at a fine of $5.

The term of court at which appellant was tried adjourned May 2d, and the statement of facts nor bills of exceptions were neither filed within the time allowed, having been filed more than twenty days after adjournment, consequently the motion of the Assistant Attorney General to strike out the bills of exception and statement of facts must be sustained. DeFriend v. State, 69 Texas Crim. Rep., 329, 153 S. W. Rep., 881; Durham v. State, 69 Texas Crim. Rep., 71, 155 S. W. Rep., 222; Stephens v. State, 158 S. W. Rep., 531; Wilson v. State, 71 Texas Crim. Rep., 547, 160 S. W. Rep., 454; Hampton v. State, 72 Texas Crim. Rep., 189, 161 S. W. Rep., 966; Newsome v. State, 72 Texas Crim. Rep., 453, 162 S. W. Rep., 891, and other cases cited in those opinions.

In the absence of a statement of facts and bills of exception there is no question presented we can review.

The judgment is affirmed.

*Affirmed.*

[Rehearing denied October 14, 1914.—Reporter.]